1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

10

11

12

13

14

15

| | |
|---|---|
| JOHN A. SOLOMON, | Civil No.  3:10-cv-05658-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

16

17

18

19

On review of the file herein, and noting the stipulation of the parties, it is hereby

ORDERED that the above-captioned case is reversed and remanded to the Commissioner of

Social Security (Commissioner) for further administrative proceedings, including a *de novo*

hearing.

20

21

22

23

On remand, the Administrative Law Judge (ALJ) will be directed to further evaluate and

properly address the opinion evidence of examining psychologists, the medical evidence in the

record as a whole, the claimant's credibility, the lay witness statement, the claimant's maximum

residual functional capacity, and to obtain additional vocational evidence.

Reasonable attorney fees will be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 7th day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented By:

s/ Terrye E. Shea
TERRYE E. SHEA, WSB #27609
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2143
Fax:  (206) 615-2531
terrye.shea@ssa.gov