UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOHN A. SOLOMON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05658-KLS<br><br><br>JUDGMENT |

    IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on  April 7,  2011.  JUDGMENT is entered for Plaintiff, and this case is closed.

    DATED this 7th day of April, 2011.

                                                     Karen L. Strombom
                                                   United States Magistrate Judge